# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS13 | E1663115 | McCUSKER | C19 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/10/2025 1733 HRS | 18 USC 111(A)(1) |

Place of Offense: 3990 E BROAD ST, COLUMBUS OH 43213

Offense Description: Factual Basis for Charge — HAZMAT ☐

ASSAULTING, RESISTING, IMPEDING OFFICERS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| TRIPLETT | DELILAH | Y |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| JXZ 8134 | OH | | FORD/FUSION | | BLUE |

**A ☒ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 85 Marconi Blvd, Columbus, OH 43215, 614-719-3000
Date: 10/15/25
Time: 11:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1663115*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 July, 2025 while exercising my duties as a law enforcement officer in the Southern District of Ohio.

On 10 July 2025, at 1733hrs, I heard an officer call for additional units at the main gate of the Defense Supply Center, Columbus. I arrived on scene and observed Ms. Triplett, Delilah, inside her vehicle. Triplett was having a mental health crisis; I attempted to deescalate the situation and get medics on scene to evaluate Triplett. Triplett became more aggressive and pushed her driver door into me and the medic. I grabbed the door to stop Triplett for striking us. Triplett forcefully pulled her door closed, pinning my hand. Triplett was removed from the vehicle where she resisted officers while we attempted to detain her. Triplett was charged by Whitehall Police for possession of cocaine. Triplett is being cited under 18USC111(A)(1) for Assaulting, resisting and impeding officers.

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/06/2025
Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident